[No. 70728-1-I.   Division One.   March 31, 2014.]

*In the Matter of the Marriage of* TIMOTHY D. JOHNSTONE, *Respondent,* and DEE ANN MARIE JOHNSTONE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-3-01771-1, Richard T. Okrent, J., entered July 10, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 71057-5-I.   Division One.   March 31, 2014.]

*In the Matter of the Detention of* SHELDON MARTIN.

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-04105-4, Robert A. Lewis, J., entered June 25, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 71061-3-I.   Division One.   March 31, 2014.]

NORTHWEST CASCADE, INC., *Appellant,* v. UNIQUE CONSTRUCTION, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-10045-1, Stephanie A. Arend, J., entered July 27, 2012. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[No. 71363-9-I.   Division One.   March 31, 2014.]

SAVE OUR SCENIC AREA ET AL., *Appellants,* v. SKAMANIA COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-03496-0, Diane M. Woolard, J., entered November 9, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.